# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

8:04-CR-226

No. 06-12486-H



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY - 5 2006

THOMAS K. KAHN
CLERK

IN RE:

CHRISTOPHER J. BENBOW,

Petitioner.

---

On Petition for Writ of Mandamus to the United States
District Court for the Middle District of Florida

---

BEFORE: CARNES, HULL and PRYOR, Circuit Judges.

BY THE COURT:

Respondents are hereby ordered to file a response to this petition within 14 days of the date of this Order. The Court invites the District Court Judge to respond to the petition within the same 14 day period. If the District Court Judge elects not to participate, she should serve and file a letter to that effect with this Court's Clerk within these 14 days. See Fed. R. App. P. 21(b).

On its own motion, the Court STAYS the district court's order authorizing an interlocutory sale of real property, pending further Order of this Court.

Petitioner's motion for leave to proceed on appeal in forma pauperis is HELD IN ABEYANCE. Petitioner is DIRECTED to file a financial affidavit supporting his claim of indigency within seven days of this Order. The Clerk is DIRECTED to also enclose a blank financial affidavit when it sends Petitioner his copy of this Order.