IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

8:04-CR-226-T-17TBM

No. 06-12486-H

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 1 5 2006

THOMAS K. KAHN
CLERK

IN RE:

CHRISTOPHER J. BENBOW,

Petitioner.

On Petition for Writ of Mandamus to the United States
District Court for the Middle District of Florida

ORDER:

Respondent's motion for an extension of time until May 26, 2006, to file a response to the petition for writ of mandamus is granted.

_____
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

FILED

06 MAY 17 AM 10:50
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

For rules and forms visit
www.ca11.uscourts.gov

May 15, 2006

Peggy Morris Ronca
U.S. Attorney's Office
300 N HOGAN ST STE 700
JACKSONVILLE FL 32202-4204

**Appeal Number: 06-12486-H**
Case Style: In Re: Christopher J. Benbow
District Court Number: 04-00226 CR-T-17-TBM ()

The following action has been taken in the referenced case:

An extension of time has been granted to and including May 26, 2006

for filing a response to the writ of mandamus.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

MOT-2 (03-2006)