IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-12486-H

IN RE:

CHRISTOPHER J. BENBOW

Petitioner.



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 03 2006
THOMAS K. KAHN
CLERK

On Petition for Writ of Mandamus
to the United States District Court for the
Middle District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this petition is hereby dismissed for want of prosecution because petitioner has failed to pay the $450 docket fee to the clerk of this court, within the time fixed by the rules, effective this 3rd day of August, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Liz McDonald
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 03, 2006

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA  FL  33602-3849

**Appeal Number: 06-12486-H**
Case Style: In Re:  Christopher J. Benbow
District Court Number:  04-00226 CR-T-17-TBM

---

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as of the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187


c: District Court Judge(info copy)
   Clerk of District Court

Encl.

PRO-8 (03-2005)