UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 8:04-cr-226-T-17TBM

CHRISTOPHER J. BENBOW,

    Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Entry of a Preliminary Order of Forfeiture, and the Court, being fully advised in the premises, hereby finds as follows:

1.    That on October 23, 2006, a Jury trial commenced as to defendant Christopher J. Benbow;

2.    That on October 30, 2006, the Jury found defendant Christopher J. Benbow guilty of conspiracy to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, as charged in Count One of the Indictment;

3.    That subsequent to the Jury's finding of guilt, the Jury entered a Special Verdict for Forfeiture finding that the real property located at 1865 Brickell Avenue, A-909, Miami, Florida was used to facility the commission of the offense for which defendant Christopher J. Benbow was found guilty as charged in Count One of the Indictment.   Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that, for good cause shown, the motion of the United States is GRANTED.   It is FURTHER

**ORDERED, ADJUDGED,** and **DECREED** that all right, title and interest of defendant Christopher J. Benbow in the following property are CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853:

> The real property, including all improvements thereon and appurtenances thereto, located at 1865 Brickell Avenue, A-909, Miami, Florida, which is legally described as follows:
>
> Condominium Unit No. A-909 of BRICKELL PLACE CONDOMINIUM, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 9178, Page 973, of the Public Records of Dade County, Florida, together with an undivided interest in all appurtenances and common elements thereto as set forth in said Declaration.
>
> Folio No. 01 4139 0220 940

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of these assets, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21ST day of November, 2006.

HON. ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:   Attorneys of Record

2