UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :          Case No. 8:04-cr-226-T-17TBM
                                   :
CHRISTOPHER J. BENBOW,             :
                                   :
        Defendant.                 :
_____:

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court on Motion of the United States for Entry of

a Final Judgment of Forfeiture for the following property, pursuant to the provisions of

21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2):

> The real property, including all improvements thereon and
> appurtenances thereto, located at 1865 Brickell Avenue, A-
> 909, Miami, Florida, which is legally described as follows:
>
> Condominium Unit No. A-909 of BRICKELL PLACE
> CONDOMINIUM, a Condominium, according to the Declaration of
> Condominium thereof, as recorded in Official Records Book 9178,
> Page 973, of the Public Records of Dade County, Florida, together
> with an undivided interest in all appurtenances and common
> elements thereto as set forth in said Declaration.
>
> Folio No. 01 4139 0220 940

The Court, being fully advised in the premises, hereby finds as follows:

1.      On November 21, 2006, the Court entered a Preliminary Order of

Forfeiture, forfeiting to the United States all right, title, and interest of defendant

Christopher J. Benbow in the real property known as 1865 Brickell Avenue, A-909,

Miami, Florida.  (Doc. 182).

2.     On February 4, 2007, the Judgment was entered as to defendant Christopher J. Benbow, and the forfeiture was included in the Judgment. (Doc. 199).

3.     On February 15, 2007, the United States Marshals Service seized the subject real property pursuant to the Preliminary Order of Forfeiture. (Doc. 210).

4.     On April 24, 2007, the United States filed U.S. Marshals Service Form 285, reflecting that the United States published notice of the forfeiture and of its intent to dispose of the Brickell Avenue property, once a week for three consecutive weeks in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida, on March 16, March 23, and March 30, 2007. (Doc. 221).

5.     On May 29, 2007, the United States filed U.S. Marshals Service Form 285, reflecting that the United States published notice of the forfeiture and of its intent to dispose of the Brickell Avenue property, once a week for three consecutive weeks in the *Miami Daily Business Review*, a newspaper of general circulation in Miami-Dade County, Florida, on April 17, April 24, and May 1, 2007. (Doc. 223).

6.     On March 19, 2007, the United States filed the Stipulated Settlement Agreement between the United States of America and Wachovia Bank. N.A., recognizing it interest in the subject real property by virtue of its mortgage recorded in the Public Records of Miami-Dade County, Florida. (Doc. 211).

7.     On June 29, 2007, the United States filed the Amended Stipulated Settlement Agreement between the United States of America and Ian Yorty, the Miami-Dade County Tax Collector for *ad valorem* real property taxes and interest on the Brickell Avenue property. (Doc. 225).

2

8.     On September 5, 2007, the United States filed the Stipulated Settlement Agreement between the United States of America the Brickell Place Condominium Association, Inc., for unpaid monthly maintenance fees and special assessments on the Brickell Avenue property.  (Doc 227-2).

9.     On October 11, 2007, the United States filed the Stipulated Settlement Agreement between the United States of America and Chase Home Finance LLC, recognizing its interest in the Brickell Avenue property by virtue of its mortgage, recorded in the Public Records of Miami-Dade County, Florida. (Doc 228).

10.    The interests of all known third parties have been resolved through settlement agreements, and the time for filing a petition to assert an interest in the subject real property expired on June 1, 2007, thirty (30) days after the final date of publication in the *Miami Daily Business Review*, a newspaper of general circulation in Miami-Dade County, Florida.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the motion of the United States is GRANTED.  It is FURTHER **ORDERED** that, pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the real property located at 1865 Brickell Avenue, A-909, Miami, Florida, more particularly described above, is CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the stipulated settlement agreements of record.

In accordance with the settlement agreements, claimants Ian Yorty, Miami-Dade County Tax Collector; Brickell Place Condominium Association, Inc.; Chase Home

Finance, Inc.; and Wachovia Bank, N.A., shall be paid the following amounts in the designated order of priority:

1.    First, to the United States Marshals Service:  All costs and expenses incurred in the seizure, management, and disposal of 1865 Brickell Avenue, A-909, Miami, Florida;

2.    Second, to Ian Yorty, the Miami-Dade County Tax Collector:  Any and all taxes due and owing the Miami-Dade County Tax Collector up to the date of entry of the Final Order of Forfeiture , and all interest on said taxes due and owing up to the date of payment of the taxes;

3.    Third, to the Brickell Place Condominium Association, Inc.:  unpaid monthly assessments, unpaid special assessments, and unpaid interest at the contractual rate up to the date of closing, as follows:

    a.    Unpaid monthly maintenance fees and special assessments in the amount of $27,560.80 through February 1, 2007; and

    b.    Additional unpaid monthly maintenance fees of $950.92/month from March 1, 2007 for the calendar year 2007 due and owing up to the date of closing;

    c.    Additional unpaid monthly maintenance fees due and owing up to the date of closing for the calendar year 2008, if closing occurs after December 31, 2007; and

    d.    Simple interest on the total unpaid monthly maintenance fees and special assessments up to the date of closing at the rate of 7.39%.

4.    Fourth, to Chase Home Finance, LLC:  unpaid principal, unpaid interest on the mortgage at the contractual rate, per diem interest at the contractual rate up to the date of payment, and reimbursement for payment of real property taxes, as follows:

4

    a.    Unpaid principal on the mortgage in the amount of $164,099.81;

    b.    Unpaid interest due and owing on said mortgage, at the contractual rate, in the amount of $44,922.32 from March 1, 2004 through March 1, 2007, calculated at the contractual mortgage interest rate of 9.125% per annum, which is $41.02 per diem, up to the date of payment; and

    c.    Payment to Chase for reimbursement of *ad valorem* real property taxes and assessments paid to Miami-Dade County Tax Collector for tax years 2004, 2005, and 2006 in the aggregate amount of $23,111.47;

5.    Fifth, to Wachovia Bank, N.A.: unpaid principal on the mortgage, unpaid interest at the contractual rate, and per diem interest at the contractual rate up to the date of closing, as follows:

    a.    Unpaid principal in the amount of $51,325.40 due under the mortgage executed by Christopher Benbow, a married man, on or about June 27, 1996;

    b.    Unpaid interest due and owing on said mortgage, at the contractual rate, in the amount of $9,549.99 as of January 1, 2007, assessed at $11.97 per diem up to the date of closing.

Following the payment of the expenses listed above, any remaining net proceeds from the sale of the real property located at 1865 Brickell Avenue, A-909, Miami, Florida, shall be forfeited to the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30ᵀᴴ day of October, 2007.

HON. ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE