UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 8:04-cr-226-T-17TBM

CHRISTOPHER J. BENBOW,

    Defendant.

## ORDER ADOPTING PRIOR MOTIONS AND ORDERS
## WITH REGARD TO FORFEITURE OF THE REAL PROPERTY
## LOCATED AT 1865 BRICKELL AVENUE, A-909, MIAMI, FLORIDA

THIS CAUSE comes before the Court on motion of the United States to adopt all prior motions and orders filed in the instant case with regard to the seizure and forfeiture of the real property, including all improvements thereon and appurtenances thereto, located at 1865 Brickell Avenue, A-909, Miami, Florida, including, but not limited to the following:

1. United States' Motion for Preliminary Order of Forfeiture. (Doc. 177).

2. Preliminary Order of Forfeiture. (Doc. 182).

3. United States' Motion for Final Judgment of Forfeiture. (Doc. 229).

4. Final Judgment of Forfeiture. (Doc. 230).

For good cause shown, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States's motion is GRANTED. It is FURTHER ORDERED that all motions and orders filed in the

instant case with regard to the seizure and forfeiture of real property, including all improvements thereon and appurtenances thereto, located at 1865 Brickell Avenue, A-909, Miami, Florida, including those listed above, are ADOPTED and incorporated into the record of the case.

The forfeiture of the property shall be included in the Judgment.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of April, 2009.

HON. ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE